In the Matter of the Accounting of ARTHUR SMADBECK, as Surviving Executor of AUGUST HECKSCHER, Deceased, Respondent. FRIEDA HEMPEL, Appellant; GEORGE F. THOMPSON, as Executor of VIRGINIA H. C. HECKSCHER, Deceased, Respondent.

Argued October 14, 1947; decided November 13, 1947.

*Joseph G. Blum* and *George M. Szabad* for appellant.

*Julius Weiss* and *Horace N. Taylor* for Arthur Smadbeck, respondent.

*George F. Thompson,* respondent in person.

Order, so far as appealed from, affirmed, with costs. No opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, THACHER, DYE and FULD, JJ.